UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| HORACE L. COOK | CIVIL ACTION |
| VERSUS | |
| JOSEPH ROBINETTE BIDEN, ET AL. | NO. 24-00626-BAJ-EWD |

### RULING AND ORDER

The Magistrate Judge issued a **Report And Recommendation (Doc. 11, the "Report")** recommending that the Court dismiss Plaintiff's claims with prejudice for failure to state a claim for which relief can be granted pursuant to the court's authority under 28 U.S.C. §1915(e)(2)(B)(ii). There are no objections to the Report.

After carefully considering Plaintiff's Complaint, the Report, and the entirety of the record before the Court, the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that the above-captioned action be and is hereby **DISMISSED WITH PREJUDICE**.

Judgment will be entered separately.

Baton Rouge, Louisiana, this 17th day of December, 2025

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA